**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

|  |  |  |
|---|---|---|
| Blaum, et al. | ) | Case No: 11 C 8098 |
|  | ) |  |
| v. | ) |  |
|  | ) | Judge: Robert M. Dow, Jr. |
|  | ) |  |
| Triad Isotopes, Inc. | ) |  |
|  | ) |  |

## **ORDER**

On 1/12/2015, Relator Matthew Blaum and Plaintiff Hot Shots NM, LLC (collectively, "Plaintiffs") and Sarah Faisal and Faisal Sami (mis-named on the caption as "Sarah Sami" and "Faisel Sami") filed a stipulation of dismissal. Pursuant to the stipulation, Sarah Faisal and Faisal Sami, are dismissed with prejudice, and without prejudice as to the United States, the State of Illinois, and Cook County, with each party to bear their own costs and fees. This Order is to those named defendants only.

Date: 1/28/2015                                     /s/ Robert M. Dow, Jr.
                                                          United States District Court Judge